JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, NV 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiff,
JAMIE EBNOTHER

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| JAMIE EBNOTHER,<br><br>        Plaintiff,<br>vs.<br><br>DELTA AIR LINES, INC., a Nevada Foreign Corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:20-CV-00901-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
|---|---|

    IT IS HEREBY STIPULATED by and between, Plaintiff Jamie Ebnother ("Plaintiff") by and through her attorney, Jonathan T. Remmel, Esq. of the Remmel Law Firm, and Defendant Delta Air Lines, Inc. ("Defendant") by and through its attorney, Mark C. Severino, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that the time for Plaintiff to file her opposition to Defendant's Motion to Dismiss (Doc #6), filed March 26, 2020, be extended to and including **Friday, June 12, 2020**.

. . .

. . .

. . .

. . .

DATED: 06/09/2020                                DATED: 06/09/2020

**REMMEL LAW FIRM**                              **WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP**

/s/ Jonathan T Remmel                            /s/ Mark C. Severino
JONATHAN T. REMMEL, ESQ. (8627)                  MARK C. SEVERINO (14117)
804 South Jones Boulevard                        6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89107                              Las Vegas, NV 89119
Attorney for Plaintiff,                          Attorney for Defendant,
JAMIE EBNOTHER                                   DELTA AIR LINES, INC.

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED** *nunc pro tunc*. Plaintiff shall have to and including **Friday, June 12, 2020** within which to file her opposition to Defendant's Motion to Dismiss (ECF No. 6), filed March 26, 2020.

Dated this 11 day of June, 2020.

Gloria M. Navarro, District Judge
United States District Court.

# Rebecca Lopez

| | |
|---|---|
| **From:** | Severino, Mark C. [Mark.Severino@wilsonelser.com] |
| **Sent:** | Tuesday, June 9, 2020 4:06 PM |
| **To:** | Rebecca Lopez |
| **Cc:** | Jon Remmel |
| **Subject:** | RE: Ebnother v. Delta Air Lines; |

This is fine. You may file with my e-sig.

Mark C. Severino
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1252 (Direct)
414.745.5219 (Cell)
702.727.1400 (Main)
702.727.1401 (Fax)
mark.severino@wilsonelser.com


**From:** Rebecca Lopez [mailto:becky@remmellaw.com]
**Sent:** Tuesday, June 9, 2020 4:00 PM
**To:** Severino, Mark C. <Mark.Severino@wilsonelser.com>
**Cc:** Jon Remmel <jon@remmellaw.com>
**Subject:** Ebnother v. Delta Air Lines;

[EXTERNAL EMAIL]

Mr. Severino – Attached is the Stip to Extend Deadline for Opposition to Motion to Dismiss. Please confirm the stipulation is acceptable and we can affix your e-signature to same. Thank you.


Sincerely,

Rebecca Lopez, Paralegal

**REMMEL LAW FIRM**
**804 SOUTH JONES BLVD**
**LAS VEGAS, NV 89107**
**PH. (702) 522-7707**
**FX. (702) 475-4040**
**WWW.JONREMMEL.COM**

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
```